UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>CHANG SHA ZHUO QIAN DIAN ZI KE JI YOU XIAN GONG SI, CHANG ZHOU WAN KAI WEN HUA YONG PIN YOU XIAN GONG SI, CHENGDE JIUBO ELECTRONIC COMMERCE, DALIAN JIAXU TRADING, DONG GUAN SHI HAI QI MAO YI YOUXIANGONGSI, DONGGUAN DEZHUOSHENG BUSINESS & TRADING, DONGGUAN TINGQIWAN TRADING, FUDINGSHIXIAOQIRIYONGBAIHUOJINGYINGBU, GUANG ZHOU SHI AI NI MAO YI YOU XIAN GONG SI, GUANGZHOU DOMINEERING POINT TRADING, GUANGZHOU JIWEI INFORMATION TECHNOLOGY, GUANGZHOU LINGHE DIANZI KEJIYOUXIANGONGSI, GUANGZHOU SHUZISHANDONG KEJI YOUXIAN GONGSI, GUANGZHOU TAOPAI DEPARTMENT STORE CENTER, GUANGZHOUFUHANJIAJUYONGPINYOUXIANGONGSI, HAILUNSHIHUITENGSHANGMAOYOUXIANGONGSI, HANGZHOU MINGXU JINCHUKOU YOUXIANGONGSI, HANGZHOUHANFEIMAOYIYOUXIANGONGSI, HUIDA CROSS-BORDER LOGISTICS (SHENZHEN), HUIZHOU RUICHANGDA TECHNOLOGY, NANFANGYU (SHENZHEN) GUOJIMAOYIYOUXIANGONGSI, NANTONGWUNIUFANGZHIPINYOUXIANGONGSI, QUANZHOU DENGKU ELECTRONIC TECHNOLOGY, SHEN ZHEN SHI LE KA MAO YI YOU XIAN GONG SI, SHEN ZHEN SHI PO FU SHANG MAO YOU XIAN GONG SI, SHENZHEN DONGRENHAO TRADING, SHENZHEN FENGBO TRADING, SHENZHEN GUICHEN TECHNOLOGY, SHENZHEN HAIWEISI TECHNOLOGY, SHENZHEN HUAFEI TRADING, SHENZHEN JIENUOYI TRADING, SHENZHEN LEBANGHUI TRADING, SHENZHEN NAIERJIN TECHNOLOGY, SHENZHEN SHI JUNGE TRADING, SHENZHEN TIANYING E-COMMERCE, SHENZHEN XINYICHUANG TECHNOLOGY, SHENZHENSHI BAOANQU BISHUN SHANGMAOHANG, SHENZHENSHI MAISITONG KEJI | 22-cv-3739 (JPO)<br><br>**UNSEALING ORDER** |

1

YOUXIANGONGSI, SHENZHENSHI MITANG FANGZHIPIN YOUXIANGONGSI, SHENZHENSHI NUOSHILAN DIANZI YOUXIAN GONGSI, SHENZHENSHIAIYANKEJIYOUXIANGONGSI, SHENZHENSHIHAOSHENGZHEKEJIYOUXIANGONGSI, SHENZHENSHIHUAYUYANGMAOYIYOUXIANGONGSI, SHENZHENSHISITABORUIKEJIYOUXIANGONGSI, TAIZHOUSHIYAGESUYEYOUXIANGONGSI, WEIFANG YUJIN TRADING, WEIHAI LEKA TECHNOLOGY, WEIHAI XUSHENG TECHNOLOGY, WUHUASHUIZHAIZHENRUNLINDICHANZHONGJIE, XINXIANG YALI NETWORK, XINYU MAOXIN TECHNOLOGY, XUCHANG HENGKANG TRADING COMPANY, YI WU SHI OU XING DIANZI SHANG WU YOUXIAN GONGSI, YIWEISAI (SHENZHEN) ELECTRONIC and ZAOZHUANG BOQIN TRADING COMPANY,

*Defendants*

The Court hereby orders that this Action be unsealed.

This Order, together with all documents filed to date, shall be filed publicly on the ECF system.

**SO ORDERED.**

May 31, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2