**22 CV 03739**

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
Karena K. Ioannou
kioannou@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:    (212) 292-5390
Facsimile:    (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>*Plaintiff*<br><br>v.<br><br>CHANG SHA ZHUO QIAN DIAN ZI KE JI YOU XIAN GONG SI, CHANG ZHOU WAN KAI WEN HUA YONG PIN YOU XIAN GONG SI, CHENGDE JIUBO ELECTRONIC COMMERCE, DALIAN JIAXU TRADING, DONG GUAN SHI HAI QI MAO YI YOUXIANGONGSI, DONGGUAN DEZHUOSHENG BUSINESS & TRADING, DONGGUAN TINGQIWAN TRADING, FUDINGSHIXIAOQIRIYONGBAIHUOJINGYINGBU, GUANG ZHOU SHI AI NI MAO YI YOU XIAN GONG SI, GUANGZHOU DOMINEERING POINT TRADING, GUANGZHOU JIWEI INFORMATION TECHNOLOGY, GUANGZHOU LINGHE DIANZI KEJIYOUXIANGONGSI, GUANGZHOU SHUZISHANDONG KEJI YOUXIAN GONGSI, GUANGZHOU TAOPAI DEPARTMENT STORE CENTER, GUANGZHOUFUHANJIAJUYONGPINYOUXIANGONGSI, HAILUNSHIHUITENGSHANGMAOYOUXIANGONGSI, HANGZHOU MINGXU JINCHUKOU | **MISCELLANEOUS CASE No.<br>No. 22-mc-127**<br><br>**ORDER TEMPORARILY SEALING FILE**<br><br>**FILED UNDER SEAL** |

| |
|---|
| YOUXIANGONGSI, HANGZHOUHANFEIMAOYIYOUXIANGONGSI, HUIDA CROSS-BORDER LOGISTICS (SHENZHEN), HUIZHOU RUICHANGDA TECHNOLOGY, NANFANGYU (SHENZHEN) GUOJIMAOYIYOUXIANGONGSI, NANTONGWUNIUFANGZHIPINYOUXIANGONGSI, QUANZHOU DENGKU ELECTRONIC TECHNOLOGY, SHEN ZHEN SHI LE KA MAO YI YOU XIAN GONG SI, SHEN ZHEN SHI PO FU SHANG MAO YOU XIAN GONG SI, SHENZHEN DONGRENHAO TRADING, SHENZHEN FENGBO TRADING, SHENZHEN GUICHEN TECHNOLOGY, SHENZHEN HAIWEISI TECHNOLOGY, SHENZHEN HUAFEI TRADING, SHENZHEN JIENUOYI TRADING, SHENZHEN LEBANGHUI TRADING, SHENZHEN NAIERJIN TECHNOLOGY, SHENZHEN SHI JUNGE TRADING, SHENZHEN TIANYING E-COMMERCE, SHENZHEN XINYICHUANG TECHNOLOGY, SHENZHENSHI BAOANQU BISHUN SHANGMAOHANG, SHENZHENSHI MAISITONG KEJI YOUXIANGONGSI, SHENZHENSHI MITANG FANGZHIPIN YOUXIANGONGSI, SHENZHENSHI NUOSHILAN DIANZI YOUXIAN GONGSI, SHENZHENSHIAIYANKEJIYOUXIANGONGSI, SHENZHENSHIHAOSHENGZHEKEJIYOUXIANGONGSI, SHENZHENSHIHUAYUYANGMAOYIYOUXIANGONGSI, SHENZHENSHISITABORUIKEJIYOUXIANGONGSI, TAIZHOUSHIYAGESUYEYOUXIANGONGSI, WEIFANG YUJIN TRADING, WEIHAI LEKA TECHNOLOGY, WEIHAI XUSHENG TECHNOLOGY, WUHUASHUIZHAIZHENRUNLINDICHANZHONGJIE, XINXIANG YALI NETWORK, XINYU MAOXIN TECHNOLOGY, XUCHANG HENGKANG TRADING COMPANY, YI WU SHI OU XING DIANZI SHANG WU YOUXIAN GONGSI, YIWEISAI (SHENZHEN) ELECTRONIC and ZAOZHUANG BOQIN TRADING COMPANY, *Defendants* |

On this day, the Court considered Plaintiff's Motion for Leave to File Case Under Seal and it is hereby ORDERED that the Clerk of the Court shall maintain the documents associated with the above-referenced action, including, but not limited to, Plaintiff's Complaint and exhibits attached thereto and Plaintiff's *ex parte* application for: 1) a temporary restraining order; 2) an order restraining Merchant Storefronts and Defendants' Assets with the Financial Institutions; 3) an order to show cause why a preliminary injunction should not issue; 4) an order authorizing bifurcated and alternative service; and 5) an order authorizing expedited discovery and the supporting declarations of Jonathan Kelly and Karena K. Ioannou and exhibits attached thereto under seal for a period of one (1) week, or until further order by the Court.

The Clerk of the Court is directed to restrict access to this Order to the selected party viewing level. The Clerk of the Court is directed to close this miscellaneous matter. It is also hereby ORDERED that, notwithstanding this Order to Temporarily Seal File, the Clerk of the Court shall have authority to provide Plaintiff with certified copies of any orders entered in this matter while under seal.

SIGNED this 5th day of May, 2022, at 11:00 a.m.

_____
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
PART I