UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KELLY TOYS HOLDINGS, LLC,
                      Plaintiff,

         -v-                               22-CV-3739 (JPO)

CHANG SHA ZHUO QIAN DIAN ZI                ORDER
KE JI YOU XIAN GONG SI, *et al.*,
                      Defendants.

J. PAUL OETKEN, District Judge:

    Several Defendants were served on May 16, 2022. (*See* ECF No. 28.) No dismissal or appearance has been filed with respect to these remaining Defendants.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment or otherwise proceed with this case.

    If Plaintiff fails by January 4, 2024, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendants, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendants.

    SO ORDERED.

Dated: December 21, 2023
       New York, New York

                                              J. PAUL OETKEN
                                         United States District Judge