```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>-against-<br><br>8880925 STORE, et al.,<br><br>                Defendants. | 22-CV-03737 (MMG) |
| KELLY TOYS HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>-against-<br><br>CHANG SHA ZHOU QIAN DIAN ZI KE JI YOU XIAN GONG SIET et al.,<br><br>                Defendants. | 22-CV-03739 (MMG)<br><br>**NOTICE OF**<br>**REASSIGNMENT** |

MARGARET M. GARNETT, United States District Judge:

       These cases have been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the reassignment, including the **March 8, 2024** deadline for Plaintiff to move for default.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 29, 2024
       New York, New York

                                                    SO ORDERED.

                                                    MARGARET M. GARNETT
                                                    United States District Judge